STATE OF NEW JERSEY v. ROBERT CARRETTA.

February 26, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH HENNESSEY.

February 26, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES JONES.

February 26, 1980.

Petition for certification denied.